07/11/2008 16:22 FAX 415 398 0911
☒002

DAVID C. PHILLIPS (State Bar No. 032611)
MEAGAN MCKINLEY-BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
RICHARD SEXTON

*E-FILED - 7/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TOMMY BAHAMA GROUP, INC., | ) | CASE NO. C07-06360-RMW |
|---|---|---|
| Plaintiff, | ) | REQUEST AND STIPULATION FOR POSTPONEMENT OF THE CASE MANAGEMENT CONFERENCE AND ORDER |
| v. | ) | |
| RICHARD SEXTON | ) | Date: August 8, 2008 |
| Defendant. | ) | Time: 10:30 a.m. Judge: Hon. Ronald M. Whyte |

At the instance of defendant, the parties hereby stipulate and request that the second case management conference in this matter be postponed from August 8, 2008 to August 22, 2008 at a time to be set by the Court.

DATED: July 11, 2008                           SNYDER MILLER & ORTON LLP

                                               By: _____
                                                   PETER P. MERINGOLO
                                                   Attorneys for Plaintiff Tommy Bahama Group, Inc.

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-071108.wpd

DATED: July 11, 2008

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____

DAVID C. PHILLIPS
Attorneys for Defendant RICHARD SEXTON

It is so ordered.

Dated: 7/24/08

_____
Ronald M. Whyte
Judge of the United States District Court

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-071108.wpd