1  DAVID C. PHILLIPS (State Bar No. 032611)
   MEAGAN MCKINLEY-BALL (State Bar No. 245375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Defendant
   RICHARD SEXTON
6

7                                                              *E-FILED - 8/6/08*

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 TOMMY BAHAMA GROUP, INC.,        )   CASE NO. C07-06360-RMW
                                    )   ORDER GRANTING
                Plaintiff,          )   REQUEST AND STIPULATION OF
13                                  )   THE PARTIES TO CHANGE THE
14 v.                               )   CASE MANAGEMENT
                                    )   CONFERENCE DATE
15 RICHARD SEXTON                   )
                                    )   Present Date: August 22, 2008
16              Defendant.          )   Time: 10:30 a.m.
                                    )   Judge: Hon. Ronald M. Whyte
17 ─────────────────────────────────)

18      The parties hereby stipulate and request that the court change the date of the second case

19 management conference herein from August 22, 2008 at 10:30 a.m. to a date during the week of

20 August 25, 2008 following the settlement conference herein, which they are postponing to

21 Monday, August 25, 2008 at 10:00 a.m. with Magistrate Judge Trumbull. The change is

22 requested so that the Parties can continue their informal settlement discussions. Plaintiff's

23 counsel has been on vacation and is returning to his office on Monday, August 4, 2008.

24 DATED:                                    SNYDER MILLER & ORTON LLP

25

26                                           By: _____

27                                               PETER P. MERINGOLO
                                                 Attorneys for Plaintiff Tommy Bahama Group, Inc.
28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-073108.wpd

1  DATED: August 1, 2008					PHILLIPS, ERLEWINE & GIVEN LLP
2
3								By: /s/ David C. Phillips
4								DAVID C. PHILLIPS
								Attorneys for Defendant RICHARD SEXTON
5
6
7  It is so ordered.  The Case Management Conference is hereby continued to
		September 12, 2008 @ 10:30 a.m.
8
9  Dated: 8/6/08					        /s/ Ronald M. Whyte
10								Judge of the United States District Court

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-073108.wpd

2