DAVID C. PHILLIPS (State Bar No. 032611)
MEAGAN MCKINLEY-BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
RICHARD SEXTON

*E-FILED - 9/10/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD SEXTON <br><br> Defendant. | CASE NO. C07-06360-RMW <br><br> REQUEST AND STIPULATION OF THE PARTIES TO CHANGE THE CASE MANAGEMENT CONFERENCE DATE AND ORDER <br> Present Date: September 12, 2008 <br> Time: 10:30 a.m. <br> Judge: Hon. Ronald M. Whyte |

The parties hereby stipulate and request that the court change the date of the second Case Management Conference herein from September 12, 2008 at 10:30 a.m. to a date later in the week of September 28, 2008 following the settlement conference herein, which is being postponed to Monday, September 29, 2008 at 2:00 p.m. with Magistrate Judge Trumbull. The change is requested so that the Parties can continue their settlement discussions and to accommodate the schedules of counsel and the parties.

DATED:                                     SNYDER MILLER & ORTON LLP

                                           By: /s/ Peter Meringolo

                                           PETER P. MERINGOLO
                                           Attorneys for Plaintiff Tommy Bahama Group, Inc.

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dep-stipulation-081508.wpd

1  DATED: August 18, 2008                    PHILLIPS, ERLEWINE & GIVEN LLP

       By: _____

       DAVID C. PHILLIPS
       Attorneys for Defendant RICHARD SEXTON

It is so ordered. A Further Case Management Conference is hereby reset to October 17, 2008 @ 10:30 a.m.  A Revised Joint CMC Statement is due 10/10/08.

Dated: 9/10/08                              _Ronald M. Whyte_

                                            Judge of the United States District Court

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
34th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION- C 07-06360-RMW
S:\Clients\Sexton\Tommy Bahama (8341.1)\pld\dcp-stipulation-081508.wpd

2