IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOMMY BAHAMA GROUP, INC.,

    Plaintiff,

v.

RICHARD SEXTON,

    Defendant.

*E-FILED - 12/10/08*

CASE NO.: C-07-06360-RMW

**ORDER REASSIGNING CASE**

    The parties have consented to proceed before a United States Magistrate Judge to conduct any and all further proceedings in the case, including trial and order the entry of a final judgment. The Clerk shall reassign this case to a magistrate judge in the San Francisco venue. All matters presently scheduled for hearing are vacated and should be renoticed for hearing before the judge to whom the case has been reassigned.

DATED: December 10, 2008

                                              RONALD M. WHYTE
                                       UNITED STATES DISTRICT JUDGE

1
2   Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28