PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
180 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
pmeringolo@smollp.com

Attorneys for Plaintiff/Counter-Defendant
TOMMY BAHAMA GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| TOMMY BAHAMA GROUP, INC. | Case No. C 07-06360-EDL |
|---|---|
| Plaintiff/Counter-Defendant | **STIPULATION AND ~~PROPOSED~~ ORDER RE: MODIFICATION OF CASE MANAGEMENT SCHEDULE** |
| vs. | |
| RICHARD SEXTON, | |
| Defendant/Counter-Plaintiff | |

In accordance with Civil Local Rules 6-2 and Rule 7-12, the parties stipulate as follows:

1. The parties stipulate and hereby request to move the discovery cutoff date from July 17, 2009 to October 2, 2009.

2. The parties request this modification in order to accommodate the schedules of the parties and counsel. Mr. Sexton, who is representing himself in this matter, requires additional time to respond to discovery propounded by Tommy Bahama. The witnesses noticed for deposition by Mr. Sexton were not available before the cut-off date. The parties are presently meeting and conferring about defects in discovery recently propounded by Mr. Sexton on Tommy Bahama and third party witness, eBay, which have not yet been resolved. Counsel for Tommy Bahama will be on vacation the first week of August. Mr. Sexton has family commitments from July 17 to July 30 and resumes his college course work in mid-August.

3. There have been no previous time modifications to the case management schedule.

4. The requested time modification will effect all remaining dates on the schedule. To that end, the parties request that the Court modify its case management order as follows:

    a. Expert and Non-expert Discovery Cutoff: 10/2/2009

    b. Dispositive Motion Filing Date: 10/20/2009

    c. Dispositive Motions Hearing Date: 11/24/2009

    d. Pretrial Conference: 3/2/2010

    e. Trail date: 3/22/2010

Dated: July 15, 2009      SNYDER MILLER & ORTON, L.L.P.

By: _____/s/_____
Peter P. Meringolo
Attorneys for Plaintiff Tommy Bahama Group, Inc.

Dated: July 15, 2009      RICHARD SEXTON

By: _____/s/_____
Richard Sexton
In pro per

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: ~~July~~ August 18, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

## PROOF OF SERVICE

I, Michelle Traina, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 180 Montgomery Street, Suite 700, San Francisco, California 94104. On July 10, 2009, I served the within documents:

### STIPULATION AND PROPOSED ORDER
### RE: MODIFICATION OF CASE MANAGEMENT SCHEDULE

☐ by transmitting via **facsimile** the document(s) listed above to the fax number(s) set forth below or on the attached service list.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below or on the attached service list.

☐ by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for delivery to the addressee(s) below or on the attached service list.

☐ I caused the envelope(s) with the document(s) listed above to be delivered by hand, by **"Type of Service, i.e., Taylor-Price Attorney Service"**, to the addressee(s) below or on the attached service list.

☐ by transmitting via **E-Filing** the document(s) listed above to the person(s) at the address(es) set forth below or on the attached service list.

Richard Sexton
105 Camino Margarita
Nicasio, California 94946

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Michelle M. Traina_
Michelle Traina

{00026963.DOC; 1}                                            1