PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
180 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
pmeringolo@smollp.com

Attorneys for Plaintiff/Counter-Defendant
TOMMY BAHAMA GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC.,<br><br>  Plaintiff/Counter-Defendant<br><br>vs.<br><br>RICHARD SEXTON,<br><br>  Defendant/Counter-Plaintiff | Case No. C 07-06360-EDL<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE: SUMMARY JUDGMENT BRIEFING SCHEDULE** |

In accordance with Civil Local Rules 6-2 and Rule 7-12, the parties stipulate as follows:

1.  The parties stipulate and hereby request a modification of the time to file oppositions and replies to Tommy Bahama's motions for summary judgment without moving the hearing date, presently scheduled for November 24, 2009.

2.  The parties request this modification in order to accommodate the request of Mr. Sexton. Mr. Sexton, who is representing himself in this matter, requires one additional week to file oppositions to Tommy Bahama's motions.

3.  The parties previously requested a modification to the case management schedule, which the Court granted on August 18, 2009. Although the requested schedule modification will impact the deadline for filing reply briefs, the parties propose to keep all dates on the Court's August 18, 2009 Order Re: Modification of Case Management Schedule, including the current summary

judgment hearing date. As such, the parties request that the Court order the following summary judgment briefing schedule:

    a. Last day for Mr. Sexton to file and serve Oppositions to Motions for Summary Judgment: **11/10/2009**

    b. Last day for Tommy Bahama to file and serve Replies in Support of Motions for Summary Judgment: **11/17/2009**

    c. Summary Judgment Hearing Date: ~~11/24/2009~~ 12/1/09

4. To the extent that the Court needs additional time to consider the papers filed by the parties, the parties are available on December 1, 2009 for hearing on Tommy Bahama's summary judgment motions.

Dated: November 2, 2009        SNYDER MILLER & ORTON, L.L.P.

By: /s/
Peter P. Meringolo
Attorneys for Plaintiff Tommy Bahama Group, Inc.

Dated: November 2, 2009        RICHARD SEXTON

By: /s/
Richard Sexton
In pro per

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November 3, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

{00028383.DOC; 1}

STIPULATION AND ~~PROPOSED~~ ORDER RE: SUMMARY JUDGMENT BRIEFING SCHEDULE
Case No. C 07-06360-EDL