UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY BAHAMA GROUP, INC. | |
|     Plaintiff, | No. C 07-06360 EDL |
| v. | JUDGMENT |
| RICHARD SEXTON | |
|     Defendant. | |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of December 3, 2009, Plaintiff's Motion for Summary Judgment Re: Infringement of Defendant's Counterclaims is GRANTED. Judgment shall be entered in favor of Plaintiff in the amount of $10,000.00 against Defendant.

IT IS SO ORDERED.

Dated: December 10, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Judg.For